IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DILIP NEPAL,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC., EQUIFAX INFORMATION SERVICES, LLC, and BRANCH BANK AND TRUST COMPANY,

    Defendants.

CIVIL NO. 1:12-cv-00612-TSE-TCB

## DEFENDANT TRANS UNION LLC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:  TransUnion Corp.

2.    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a.    Trans Union LLC is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity.

    b.    No public company owns 10 percent or more of the stock in Trans Union LLC.

        Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia bar number 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
gkronenberg@morrismorris.com

DATED:  July 10, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Kristi Cahoon Kelly<br>kkelly@siplfirm.com<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr, Suite 200<br>Fairfax, VA 22030<br>(703) 277-9774<br>(703) 591-9285 Fax<br>***Counsel for Plaintiff*** | Alan Durrum Wingfield<br>alan.wingfield@troutmansanders.com<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>(804) 697-1200<br>***Counsel for Branch Banking and Trust Company*** |

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
(804) 344-8300
(804) 344-8539 Fax
gkronenberg@morrismorris.com