IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DILIP NEPAL,**

      **Plaintiff**

v.                                **CASE NO. 1:12-cv-00612-JCC-TCB**

**EXPPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC., and BRANCH BANKING AND
TRUST COMPANY,**

      **Defendants.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                              **DILIP NEPAL,**

                                              _____/s/_____
                                              Leonard A. Bennett, Esq.
                                              VSB #37523
                                              Attorney for Plaintiff
                                              CONSUMER LITIGATION
                                              ASSOCIATES, P.C.
                                              763 J. Clyde Morris Boulevard, Suite 1-A
                                              Newport News, Virginia 23601
                                              (757) 930-3660 - Telephone
                                              (757) 930-3662 – Facsimile
                                              E-mail:  lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of July, 2012, I will file the foregoing Notice of Appearance electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan Durrum Wingfield
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
E-mail:  alan.wingfield@troutmansanders.com

  *Counsel for Branch Banking and Trust Company*


              _____/s/_____
              Leonard A. Bennett, Esq.
              VSB #37523
              Attorney for Plaintiff
              CONSUMER LITIGATION
              ASSOCIATES, P.C.
              763 J. Clyde Morris Boulevard, Suite 1A
              Newport News, Virginia 23601
              (757) 930-3660 - Telephone
              (757) 930-3662 – Facsimile
              E-mail: lenbennett@cox.net