**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

DILIP NEPAL,

    Plaintiff,

v.                                                                      Civil Action No. 1:12-cv-612-TSE/TCB

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION, LLC;
EQUIFAX INFORMATION SERVICES LLC,
and BRANCH BANKING AND TRUST COMPANY,

    Defendants.

**EQUIFAX INFORMATION SERVICES LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

    Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

    This 10th day of July, 2012

                        /s/
                        John W. Montgomery, Jr.
                        Virginia State Bar No. 37149
                        Counsel for Equifax Information Services LLC
                        Montgomery & Simpson, LLLP
                        2116 Dabney Road, Suite A-1
                        Richmond, VA 23230
                        Telephone (804) 355-8744
                        Facsimile (804) 355-8748
                        Email: jmontgomery@jwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Kelly
Andrew Guzzo
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, VA  22030

Leonard A. Bennett
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
*Attorneys for Plaintiff*

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com