```
                  UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division
```

|   |   |   |
|---|---|---|
| DILIP NEPAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:12cv612 |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

THIS MATTER comes before the Court on plaintiff's Consent Motion for Extension of Time to Designate an Expert (Dkt. 25). Upon consideration of the motion and for good cause shown, it is hereby

ORDERED that plaintiff Dilip Nepal's expert disclosures must be submitted by 5:00 p.m. on Thursday October 4, 2012. Defendants' expert disclosures must be submitted by 5:00 p.m. on Monday November 5, 2012. Any rebuttal reports shall be submitted by November 12, 2012. All other deadlines shall remain unchanged.

ENTERED this 21st day of September, 2012.

                                                     /s/
                                   THERESA CARROLL BUCHANAN
                                   UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia